AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| FILED | |
| CLERK, U.S. DISTRICT COURT | |
| 02/08/2022 | |
| CENTRAL DISTRICT OF CALIFORNIA | |
| BY: AP DEPUTY | |

United States of America
v.

Luis Murillo Martinez
*Defendant*

Case No. CR-21-00993-001-PHX-DWL (DMF)

5:22-mj-00077

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States Magistrate Judge without unnecessary delay
*(name of person to be arrested)* Luis Murillo Martinez

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) and 841(b)(1)(A)(viii), Possession with Intent to Distribute Methamphetamine

City and state: Phoenix, Arizona

*Sherise M. Hargrove*
*Issuing officer's signature*

Sherise M. Hargrove, Deputy Clerk
*Printed name and title*

ISSUED ON 12:04 pm, Dec 21, 2021
s/ Debra D. Lucas, Clerk

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

cc: PTS